**FILED**

**JAN 1 1 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  EDDIE ROSAL SALVACION
   *Pro Se*
2  15 Brush Creek Court
   Pittsburg, CA 94565
3  (925) 473-9338

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:03CR00304-01 / F.D. |
|---|---|
| vs. | *order* <br>**MOTION FOR RETURN OF PASSPORT** |
| EDDIE ROSAL SALVACION | District Court Judge: Frank C. Damrell, Jr.<br>Court Room No. 2   15th Floor |

The Defendant, EDDIE ROSAL SALVACION, respectfully moves this Honorable Court, pursuant to for return of his passport.

As grounds for this motion, Mr. Salvacion states:

1. Mr. Salvacion was sentenced by this Court to 15 months imprisonment, and was released December 15, 2006. Mr. Salvacion was released from supervised supervision and completed his three years probation on December 14, 2009.

2. During the arraignment, Mr. Salvacion's passport was retained by the United District Court. Since Mr. Salvacion has now been released and completed his three years probation, he is seeking return of his passport.

3. The passport is Mr. Salvacion's only proof of citizenship. Mr. Salvacion's father, Martin B. Salvacion, a United States citizen, registered him at the United States Embassy in Manila, Philippines when he was born on July 21, 1950. Mr. Salvacion was never issued a certificate of United States citizenship. Mr. Salvacion was issued a United States Passport in 1968 when he moved to the United States.

4. Mr. Salvacion is required to show proof of United States citizenship to prospective employers. With no other documentation to show proof of U.S. citizenship, Mr. Salvacion has been unable to seek employment since his release.

4. Additionally, Mr. Salvacion needs his passport as proof of U.S. citizenship as required by Contra Costa County Health Services. Mr. Salvacion has recently applied for medical benefits for treatment of diabetes, high blood pressure and high cholesterol.

**WHEREFORE**, for all the foregoing reasons, and for any other reasons this Court may deem just and proper, EDDIE ROSAL SALVACION, respectfully requests that this motion be granted and his passport be returned to him.

By: /s/ Eddie R Salvacion

Eddie R. Salvacion
*Pro Se*
15 Brush Creek Court
Pittsburg, CA 94565
Home (925) 473-9388
Cell (925) 470-0288

Dated: 1/11/10

IT IS SO ORDERED

/s/

*Motion for Return of Passport - 2*